

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00804-CV

**IN RE** Dennis **PEREZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice
               Jason Pulliam, Justice

Delivered and Filed:  December 23, 2015

PETITION FOR WRIT OF MANDAMUS DENIED

On December 17, 2015, relator Dennis Perez filed a petition for writ of mandamus and an emergency motion for temporary relief and stay of trial court proceedings pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the emergency motion for temporary relief and stay are denied. *See* TEX. R. APP. P. 52.8(a).

Additionally, relator requested leave to file the petition for writ of mandamus. No leave is required to file a petition for writ of mandamus in this court. TEX. R. APP. P. 52. Therefore, relator's request for leave to file is denied as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2015-CI-09541, styled *Dennis Perez v. Four S's, Inc. d/b/a Express Lube #21*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Solomon Casseb III presiding.